UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,

    Plaintiff,

v.

LIVING & WELLNESS CENTER, P.S., et al.,

    Defendants.

CASE NO. C13-5039 BHS

ORDER DENYING MOTION TO SEAL COURT FILE

    This matter comes before the Court on Plaintiff Travelers Insurance Company of America's ("Travelers") motion to seal file (Dkt. 15).

    On January 13, 2013, Travelers filed this declaratory judgment action against Living & Wellness Center, P.S., Scott L. Havsy, and Jane Doe Havsy ("Defendants") requesting a "judicial determination that Travelers has no obligation to defend or indemnify [Defendants]." Dkt. 1.

ORDER - 1

1      On February 27, 2013, Travelers filed a motion to seal the entire court file.  Dkt. 15.  On March 6, 2013, Defendants responded.  Dkt. 16.  On March 8, 2013, Travelers replied.  Dkt. 17.

      Although the parties may file materials that reference the underlying settlement that is subject to a confidentiality agreement, Travelers has failed to meet its burden to show that the entire file should be sealed.  For example, Travelers has failed to show good cause to seal the complaint, the answer, the notice of appearance, or even the briefing for the current motion.  Moreover, the local rules provide detailed procedures for the sealing of certain documents and protective orders, and counsel may download the sample protective order from the Court's website.  Therefore, the Court **DENIES** Travelers' motion.

**IT IS SO ORDERED**.

Dated this 12th day of March, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge