The Honorable Benjamin H. Settle

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a foreign insurer,<br><br>Plaintiff,<br><br>v.<br><br>LIVING & WELLNESS CENTER, PS, a Washington company; and SCOTT HAVSY and JANE DOE HAVSY, a married couple,<br><br>Defendants. | No. 3:13-cv-05039-BHS<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>**(Clerk's Action Required)** |

## I.  STIPULATION

COMES NOW Plaintiff Travelers Casualty Insurance Company of America (hereinafter "Travelers") and Defendants Living & Wellness Center, PS, Scott Havsy and Jane Doe Havsy (hereinafter collectively "Havsy"), by and through their attorneys of record, and agree and stipulate that all of the Plaintiff's claims in the above-entitled matter against Defendants shall be dismissed with prejudice and without costs or fees to any party.

///

///

///

STIPULATION AND PROPOSED ORDER OF DISMISSAL - 1
S:\FILES\Sakellis v. Havsy 12096\Dec Action\Pleadings\130801 Stip & Dismissal.docx

LETHER & ASSOCIATES PLLC.
3316 FUHRMAN AVE. E., STE 250
SEATTLE, WASHINGTON 98102
P: (206) 467-5444 /F: (206) 467-5444

1   DATED this 1st day of August, 2013.

2

3   LETHER & ASSOCIATES, PLLC         FREEMAN LAW FIRM, INC.

4   /s/ Eric J. Neal                  /s/: Spencer D. Freeman
    Thomas Lether, WSBA #18089        Spencer D. Freeman, WSBA #25069
5   Eric J. Neal, WSBA #31863         Freeman Law Firm, Inc.
    Brian Donovan, WSBA #41121        1107 ½ Tacoma Avenue South
6   3316 Fuhrman Ave. E, Ste 250      Tacoma, WA 98042
    Seattle, WA 98102                 T: (253) 383-4500 / F: (253) 383-4501
7   T: 206.467.5444 / F: 206.467.5544  sfreeman@freemanlawfirm.org
    tlether@letherlaw.com
8   eneal@letherlaw.com
    bdonovan@letherlaw.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23  //

24

STIPULATION AND PROPOSED ORDER OF DISMISSAL - 2
S:\FILES\Sakellis v. Havsy 12096\Dec Action\Pleadings\130801 Stip & Dismissal.docx

LETHER & ASSOCIATES PLLC.
3316 FUHRMAN AVE. E., STE 250
SEATTLE, WASHINGTON 98102
P: (206) 467-5444 /F: (206) 467-5544

## II. ORDER

Based on the foregoing stipulation, it is hereby:

ORDERED that this matter is dismissed with prejudice and without costs or fees to either party.

DATED this 12 day of August, 2013.

_____
HONORABLE BENJAMIN H. SETTLE

Presented by:

| LETHER & ASSOCIATES, PLLC | FREEMAN LAW FIRM, INC. |
|---|---|
| /s/ Eric J. Neal | /s/ Spencer D. Freeman |
| Thomas Lether, WSBA #18089 | Spencer D. Freeman, WSBA #25069 |
| Eric J. Neal, WSBA #31863 | Freeman Law Firm, Inc. |
| Brian Donovan, WSBA #41121 | 1107 ½ Tacoma Avenue South |
| 3316 Fuhrman Ave. E, Ste 250 | Tacoma, WA 98042 |
| Seattle, WA 98102 | T: (253) 383-4500 / F: (253) 383-4501 |
| T: 206.467.5444 / F: 206.467.5544 | sfreeman@freemanlawfirm.org |
| tlether@letherlaw.com | |
| eneal@letherlaw.com | |
| bdonovan@letherlaw.com | |

STIPULATION AND ORDER OF DISMISSAL - 3
S:\FILES\Sakellis v. Havsy 12096\Dec Action\Pleadings\130801 Stip & Dismissal.docx

LETHER & ASSOCIATES PLLC.
3316 FUHRMAN AVE. E., STE 250
SEATTLE, WA 98102
P: 206-467-5444 / F: 206-467-5544